# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

VALENCIA PETERSON and LAKESHA
HOOPER,

    Plaintiffs,

vs.                                                          No. 2:17-cv-02457-MSN-dkv

MEDTRONIC, INC., MEDTRONIC USA, INC.,
MEDTRONIC LOGISTICS LLC, MEDTRONIC
SOFAMOR DANEK USA, INC., and MEDTRONIC
SOFAMOR DANEK, INC.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed June 30, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice as to the Claims of Plaintiff Lakesha Hooper (ECF No. 159), filed May 2, 2019, and pursuant to the Federal Rule of Civil Procedure 41(a)(1), all claims in this matter asserted by Lakesha Hooper only are hereby **DISMISSED WITH PREJUDICE**. Nothing in this Judgment affects any of the claims of Plaintiff Valencia Peterson, which shall proceed in this litigation.

**APPROVED:**

*s/ Mark S. Norris*                                       May 7, 2019
MARK S. NORRIS                                      DATE
UNITED STATES DISTRICT JUDGE