# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

VALENCIA PETERSON,

    Plaintiff,

v.                                                       No. 2:17-cv-02457-MSN-atc

MEDTRONIC, INC., MEDTRONIC USA, INC.,
MEDTRONIC LOGISTICS LLC,
MEDTRONIC SOFAMOR DANEK USA, INC.,
and MEDTRONIC SOFAMOR
DANEK, INC.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint, (ECF No. 1), filed June 30, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion for Summary Judgment, (ECF No. 167), dismissing all claims against Defendants, all claims in this matter asserted by Plaintiff Valencia Peterson are hereby **DISMISSED WITH PREJUDICE**. The parties shall bear their own attorneys' fees and court costs.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 30, 2020
Date